1          UNITED STATES DISTRICT COURT

2          DISTRICT OF NEVADA

3    JIN ACKERMAN,                                    Case No.  3:20-cv-337-MMD-WGC

4                                    Plaintiff        **ORDER**

5          v.

6    WARDEN GITTERE, *et al.*,

7                                    Defendants

8

9    **I.      DISCUSSION**

10         On June 8, 2020, Plaintiff, an inmate in the custody of the Nevada Department of

11   Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed

12   an application to proceed *in forma pauperis*.  (ECF Nos. 1-1, 1).  Plaintiff's application to

13   proceed *in forma pauperis* is incomplete.

14         Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin

15   a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil

16   action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the

17   inmate must submit <u>all three</u> the following documents to the Court:

18         (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

19         Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

20         page 3),

21         (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

22         official (i.e. page 4 of this Court's approved form), and

23         (3) a copy of the **inmate's prison or jail trust fund account statement for the**

24   **previous six-month period**.

25         Plaintiff has not submitted an Application to Proceed *in Forma Pauperis* on this

26   Court's approved form, a properly executed Financial Certificate on this Court's approved

27   form, or an inmate account statement for the previous six-month period.  Accordingly, the

28   Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without

1   prejudice because the application is incomplete.  The Court will grant Plaintiff a **one-time**

2   **extension** to file a fully complete application to proceed *in forma pauperis* containing all

3   three of the required documents.  Plaintiff will file a fully complete application to proceed

4   *in forma pauperis* on or before **August 10, 2020**.  Absent unusual circumstances, the

5   Court will <u>not</u> grant any further extensions of time.  If Plaintiff is unable to file a fully

6   complete application to proceed *in forma pauperis* with all three required documents on

7   or before **August 10, 2020**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff

8   to file a new case with the Court when Plaintiff is able to acquire all three of the documents

9   needed to file a fully complete application to proceed *in forma pauperis.*   To clarify, a

10   dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case

11   with the Court, under a new case number, when Plaintiff has all three documents needed

12   to submit with the application to proceed *in forma pauperis.*  Alternatively, Plaintiff may

13   choose not to file an application to proceed *in forma pauperis* and instead pay the full

14   filing fee of $400 on or before **August 10, 2020** to proceed with this case.  The Court will

15   retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint

16   unless and until Plaintiff timely files a fully complete application to proceed *in forma*

17   *pauperis* with all three documents or pays the full $400 filing fee.

18   **II.      CONCLUSION**

19          For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

20   *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete

21   application to proceed *in forma pauperis* with all three documents.

22          IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the

23   approved form application to proceed *in forma pauperis* by an inmate, as well as the

24   document entitled information and instructions for filing an *in forma pauperis* application.

25          IT IS FURTHER ORDERED that on or before **August 10, 2020**, Plaintiff will either

26   pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50

27   administrative fee) or file with the Court:

28          (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

- 2 -

1    Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

2    signatures on page 3),

3    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

4    official (i.e. page 4 of this Court's approved form), and

5    (3) a copy of the **inmate's prison or jail trust fund account statement for the**

6    **previous six-month period**.

7    IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

8    application to proceed *in forma pauperis* with all three documents or pay the full $400

9    filing fee for a civil action on or before **August 10, 2020,** the Court will dismiss this action

10   without prejudice for Plaintiff to refile the case with the Court, under a new case number,

11   when Plaintiff has all three documents needed to file a complete application to proceed

12   *in forma pauperis*.

13   IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

14   (ECF No.1-1) but will not file it at this time.

15   DATED: June 10, 2020

16

17   _William G. Cobb_____
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

- 3 -