UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIN ACKERMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GITTERE, et al.,<br><br>　　　　　　　　　　　Defendants. | 3:20-cv-00337-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 46 |

　　　　Before the court is Plaintiff's Motion to Shorten Discovery Deadlines (ECF No. 46). Defendants have opposed Plaintiff's motion (ECF No. 50).  To date, there has been no reply.

　　　　On June 13, 2022, Plaintiff a motion to file second amended complaint. (ECF No. 33.) The court partially granted the motion, allowing Plaintiff to file a second amended complaint, to include Defendant Brian Williams as a new defendant. (ECF No. 42.) Additionally, the court extended the dispositive motion deadline to December 30, 2022.  (*Id.* at 6.)  Plaintiff filed a motion for reconsideration requesting that a previously filed Second Amended Complaint (ECF No. 33) be considered the operative complaint in this case.  (ECF No. 43.)  The court granted Plaintiff's motion and extended the discovery deadline to December 30, 2022, and the dispositive motion deadline to January 30, 2023. (ECF No. 44.)

　　　　Plaintiff now requests that the court shorten the deadlines back to those previously set by the court in its order of September 21, 2022 (ECF No. 42).

　　　　Defendants oppose Plaintiff's motion and state they "still require time to adequately prepare a defense to Plaintiff's claims and draft appropriate motions, especially since Plaintiff was recently given leave to add a new defendant, Brian Williams.  A shortening of the already established discovery deadlines would unduly prejudice Defendants." (ECF No. 50 at 3.)

1

According to the court's docket, Plaintiff has recently filed a Motion to Compel (ECF No. 47) and a Motion to Supplement Complaint (ECF No. 49). These motions are not fully briefed, and the outcome of these motions could potentially require an extension of the existing deadlines.

Plaintiff's Motion to Shorten Discovery Deadlines (ECF No. 46) is **DENIED**.

**IT IS SO ORDERED.**

DATED: December 7, 2022.

_____
UNITED STATES MAGISTRATE JUDGE