1
2
3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

4
5

JIN ACKERMAN,

6

                              Plaintiff,

3:20-cv-00337-MMD-CSD

7

  v.

**ORDER**

8

GITTERE, et al.,

Re:  ECF No. 47

9

                              Defendants.

10

11    Before the court is Plaintiff's Motion to Compel Discovery. (ECF No. 47.) Defendants have

12    opposed Plaintiff's motion. (ECF No. 51.)  To date, no reply has been filed by Plaintiff.

13    Plaintiff contends that Defendant Moskoff provided an incomplete response to Interrogatory

14    No. 7 and requests the court compel Defendant Moskoff to answer Interrogatory No. 7. (ECF No. 47

15    at 3.)  In Defendants' opposition to Plaintiff's motion, they state that Defendant Moskoff has provided

16    a supplemental answer and the issue is now moot. (ECF No. 51 at 3.)

17

18    Because Plaintiff filed no reply memorandum, it appears to the court that Plaintiff has received

19    Defendants' supplemental answer to Interrogatory No. 7 and the discovery issue has been resolved.

20    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery (ECF No. 47) is

21    **DENIED** as moot.

22    DATED:  December 12, 2022.

23
24
25



_____
UNITED STATES MAGISTRATE JUDGE

26
27