**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIN ACKERMAN,<br><br>                                        Plaintiff,<br><br>    v.<br><br>GITTERE, et al.,<br><br>                                        Defendants. | 3:20-cv-00337-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 63 |

Before the court is Plaintiff's Motion to Withdraw Motion to Supplement Complaint (ECF No. 63).

Plaintiff's Motion to Withdraw Motion to Supplement Complaint (ECF No. 63) is **GRANTED**.  Plaintiff's Second Amended Complaint (ECF No. 45) is the operative complaint.

**IT IS SO ORDERED.**

DATED:  February 2, 2023.

_____

UNITED STATES MAGISTRATE JUDGE