# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JIN ACKERMAN,

                Plaintiff,

v.

GITTERE, et al.,

                Defendants.

3:20-cv-00337-MMD-CSD

**ORDER**

Re: ECF No. 81

Before the court is Plaintiff's Motion to Withdraw Plaintiff's Motion for Stay on Defendants' Motion for Summary Judgment (ECF No. 81).

Plaintiff's Motion to Withdraw Plaintiff's Motion for Stay on Defendants' Motion for Summary Judgment (ECF No. 81) is **GRANTED**. Plaintiff's Motion for Stay on Defendants' Motion for Summary Judgment (ECF No. 76) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: March 23, 2023.



UNITED STATES MAGISTRATE JUDGE

1