AARON D. FORD
Attorney General
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants
Tasheena Cooke, Charles Daniels,
James Dzurenda, William Gittere,
Dennis Homan, Steffen Moskoff,
William Reubart and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIN ACKERMAN,<br><br>        Plaintiff,<br><br>v.<br>GITTERE, *et al.*,<br><br>        Defendants. | Case No.  3:20-cv-00337-MMD-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO**<br>**DISMISS**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jin Ackerman (#1189373), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this ____ day of March 2026.

DATED this 11th day of March 2026.

AARON D. FORD

Attorney General

_____
JIN ACKERMAN #1189373
*Plaintiff*

/s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____June 3, 2026_____

_____
UNITED STATES DISTRICT JUDGE