**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIN ACKERMAN,<br><br>Plaintiff<br><br>v.<br><br>GITTERE, et al.,<br><br>Defendants | Case No.: 3:20-cv-00337-MMD-CSD<br><br>**Report & Recommendation of United States Magistrate Judge**<br><br>Re: ECF No. 134 |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

The undersigned conducted a global settlement conference including this case and several other of Plaintiff's cases on March 5, 2026, and the parties reached a settlement. (ECF No. 127.) The stipulation for dismissal with prejudice was filed and granted on June 3, 2026. (ECF Nos. 129, 130.) Plaintiff subsequently filed a motion for reconsideration of the order dismissing the case, asserting that Defendants had not complied with the terms of the settlement agreement. (ECF No. 134.) District Judge Du referred that motion to the undersigned, and a status conference was held on August 20, 2026, where Plaintiff made an oral motion to withdraw his motion for reconsideration. In light of this oral motion, the court recommends that the motion for reconsideration be denied and that this action be closed.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DENYING AS MOOT** Plaintiff's motion for reconsideration in light of the oral motion to withdraw the motion made at the August 20, 2026, status conference.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: August 20, 2026

Craig S. Denney
United States Magistrate Judge