UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIN ACKERMAN, Plaintiff, v. GITTERE, *et al.*, Defendants. | Case No. 3:20-cv-00337-MMD-CSD ORDER |

Before the Court is the Report and Recommendation (ECF No. 138 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court deny Plaintiff's motion for reconsideration of the Court granting the stipulation to dismiss (ECF No. 134 ("Motion")) as moot. Plaintiff had until September 3, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends denying the Motion as moot based on a status conference he held on August 20, 2026. (ECF No. 138 at 1.) The minutes from that status conference confirm Judge Denney's conclusion that Plaintiff agreed this case may be dismissed as part of a global settlement including two other cases, so his Motion should be denied as moot. (ECF No. 137 (citing Case No. 2:25-cv-00436-MMD-MDC; 2:25-cv-02006-JAD-BNW).) Accordingly, the Court will adopt Judge Denney's R&R in full and deny the Motion as moot.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 138) is accepted and adopted in full.

It is further ordered that Plaintiff's motion for reconsideration (ECF No. 134) is denied as moot.

DATED THIS 17th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE